# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

MAMADOU OURY DIALLO,

    Petitioner,

    v.

KEVIN RAYCRAFT, Acting Director of
Enforcement and Removal Operations,
Detroit Field Office, Immigration and
Customs Enforcement, et al.,

    Respondents.

Case No. 1:26-CV-423

Judge Michael R. Barrett

**ORDER**

This matter is before the Court on Respondents' notice of compliance of May 27, 2026. (Doc. 10). The record now reflects that Petitioner Mamadou Oury Diallo was afforded a constitutionally compliant custody redetermination hearing before an Immigration Judge, pursuant to the Court's conditional grant of habeas corpus relief. (Doc. 9).

Accordingly, Respondents' obligations are **DISCHARGED**, and this matter is **CLOSED**.[1]

    **IT IS SO ORDERED.**

        */s/ Michael R. Barrett*
        Michael R. Barrett
        United States District Judge

---

[1] The Court will retain jurisdiction to enforce its grant of relief and adjudicate any collateral issues, including timely fee petitions under the Equal Access to Justice Act, 28 U.S.C. § 2412. *See, e.g., Cooter & Gell v. Hartmax Corp.*, 496 U.S. 384, 395 (1990).